

eeplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

Minnesota Office
50 South Sixth Street, Suite 1390
Minneapolis, Minnesota 55402

December 16, 2020

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Earle v. Rivelli*, 16 CV 171 (DG) (RML)

Your Honor:

  I represent plaintiff in the above-referenced action. I write jointly with defendants in accordance with the Court's order dated December 4, 2020 to respectfully provide a status report.

  If it should please the Court, the parties have conferred and no unresolved discovery issues remain.

  Thank you for your attention to this matter.

           Respectfully submitted,

           Gabriel P. Harvis

cc: Defense Counsel