UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Jemal Earle,

                  Plaintiff,

    -against-

NYPD Police Officer Anthony Rivelli,
Shield No. 9204,

                  Defendant.
-------------------------------------------------------------X

**ORDER**
16-CV-00171 (DG) (RML)

DIANE GUJARATI, United States District Judge:

The parties are directed to adhere to the following schedule and procedures in connection with the jury trial in this matter:

1. Trial is scheduled for July 17, 2023. However, the parties are advised that they must be trial ready starting May 1, 2023, on one week's notice.

2. Motions *in limine*, if any, shall be filed by March 16, 2023; responses, if any, shall be filed by March 30, 2023.

3. Requests to charge, proposed verdict sheets, and proposed *voir dire* questions are due by April 13, 2023. Requests to charge must include citations to supporting law. The parties should endeavor to agree upon the requests to charge, to the extent possible, and must submit a single, joint document setting forth all agreed-upon requests to charge and, where no agreement is reached, each party's proposed charge and/or one party's proposed charge with an explanation of the other party's objection to that charge.

4. Each party shall also submit by April 13, 2023 a list of potential witnesses and of individuals, entities, places, and scientific, technical, or colloquial terms likely to be

mentioned at trial.

5. By April 20, 2023, the parties shall exchange their exhibits with each other and provide the Court with copies of their exhibits and exhibit lists. The exhibit lists shall contain four columns, titled Exhibit, Description, Identified, and Admitted, respectively.

6. The final pretrial conference will be held at 10:30 a.m. on July 10, 2023 in Courtroom 4B South unless otherwise ordered by the Court.

The parties are further directed to otherwise adhere to the undersigned's Individual Practice Rules.

SO ORDERED.

*/s/ Diane Gujarati*
DIANE GUJARATI
United States District Judge

Dated: February 27, 2023
 Brooklyn, New York